# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0342
_____

JAMES D. MCDONALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

June 17, 2024

PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James D. McDonald, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.